■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SHAW, Appellant. [644 NYS2d 621]

No opinion.
Concur—Sullivan, J. P., Rosenberger, Rubin, Nardelli and Williams, JJ.